# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 9110 | **DATE** | 2/25/2004 |
| **CASE TITLE** | Keith Smith, et al vs. Nike Retail Services, Inc., etc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Plaintiffs' motion for appointment of counsel is denied at the present, but obviously without prejudice to its potential renewal if it were to turn out that all of their efforts have gone for naught.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | **Document Number** |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | FEB 2 6 2004 date docketed | |
| ✓ | Docketing to mail notices. | | | 19 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice / mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KEITH SMITH, et al., )
)
        Plaintiffs, )
)
v. ) No. 03 C 9110
)
NIKE RETAIL SERVICES, INC., etc., )
)
        Defendant. )

MEMORANDUM ORDER

DOCKETED FEB 2 6 2004

Keith Smith ("Smith") and Ria McDougal ("McDougal") filed their employment discrimination Complaint in this case pro se. Although this Court promptly granted them leave to proceed in forma pauperis based on their showing of inability to pay the filing fee, it was necessary to defer their contemporaneous Motion for Appointment of Counsel ("Motion") because they (like all too many pro se litigants) had failed to provide the required information as to the efforts they had made to obtain counsel on their own.

Now Smith (acting on behalf of McDougal as well as himself) has submitted another Motion, this time coupled with detailed information about numerous lawyers and law offices with whom or which they have communicated about possible representation. But a substantial number of the lawyers and firms listed, according to Smith's filing, have not yet reached a decision about possible representation--indeed, some follow-up discussions along those lines are currently active. Accordingly the Motion is denied for

the present as to both Smith and McDougal, but obviously without prejudice to its potential renewal if it were to turn out that all of their efforts have gone for naught.

					/s/ Milton I. Shadur
					———————————————
					Milton I. Shadur
					Senior United States District Judge

Date: February 25, 2004