## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 9110 | **DATE** | 11/6/2007 |
| **CASE TITLE** | Keith Smith vs. Nike Retail Services, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Order on disbursement of funds. It is ordered that incentive payments may be distributed immediately. Plaintiffs' attorney's fees and costs, as approved by this Court on October 2, 2007, may be distributed immediately.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | U.S. DISTRICT COURT | Courtroom Deputy Initials: | SN |
|---|---|---|---|



2007 NOV -6 PM 5:17

FILED

03C9110 Keith Smith vs. Nike Retail Services, Inc. Page 1 of 1